**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

September 7, 2022

Hon. Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: Constance Priester v. The County Of Nassau, et al
     2:19-cv-03581 (DRH)(AYS)
     First Motion to Adjourn Trial

Dear Judge Azrack:

  This office represents the County Defendants in this action.

  A status conference was held on August 24, 2022 during which the Court scheduled this matter for jury selection for October 3, with the trial commencing immediately thereafter and continuing October 4, 11 and 12. By scheduling Order filed August 26, the Court set the deadlines for various pre-trial submissions.

  With this scheduling, I immediately advised the Police Time Office that the named police officer Defendants were going to be required to attend the trial of the action.

  I have just been advised that PO Corwin, a named Defendant, will be on maternity leave and will not be available for the trial. I have asked my calendar clerk to ascertain when Officer Corwin's leave is over, but I have received this information at the time of this writing.

  Since Officer Corwin is a named defendant in this matter, who cannot be present for the currently scheduled trial, I submit that it would be prejudicial to proceed in her absence. I therefore request that the trial date (and the attendant submission dates) be adjourned until all of the named Defendants would be available to be present for the trial.

  I have advised James Healy, Esq., the attorney for the Plaintiff, that I would be making this application.

            Respectfully submitted,

            Andrew R. Scott
            Deputy County Attorney

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**